1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone: (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiff                           *E-FILED - 12/4/08*
   ALISON DAVI, a Minor, by and through her
6  General Guardian, GIOLARMA DAVI

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11
   ALISON DAVI, a Minor, by and through   )   CIVIL ACTION
12 her General Guardian, GIOLARMA DAVI,   )   CASE NO.:        CV 08-04095 RMW
                                          )
13              Plaintiff,                )
                                          )
14 v.                                     )
                                          )   **STIPULATION TO CONTINUE**
15 CITY OF SEASIDE, CALIFORNIA,           )   **HEARING ON DEFENDANTS' MOTION**
   KEVIN MILLER and DOES 1 through 25,    )   **TO DISMISS AND CASE**
16 inclusive,                             )   **MANAGEMENT CONFERENCE AND**
                                          )   **[] ORDER**
17              Defendants.               )
                                          )   **Judge: Hon. Ronald M. Whyte**
18 _____)

19
        **IT IS HEREBY STIPULATED** by and between the parties to this Stipulation, by and
20
   through their respective counsel of record, that the hearing on defendants Motion to Dismiss be
21
   continued from Friday, December 19, 2008 at 9:00 A.M. in Courtroom 6 to Friday, January 30,
22
   2009 at 9:00 A.M. in Courtroom 6.   The reason for this continuance is due to calendar conflicts
23
   between counsel.
24
        **IT IS FURTHER HEREBY STIPULATED** by and between the parties to this
25
   Stipulation, through their respective counsel of record and is respectfully requested that the Court
26
   continue its Case Management Conference, currently set for Friday, January 9, 2009 at 10:30
27
   A.M. to Friday, January 30, 2009 at 10:30 A.M.   The reason for this continuance is to allow the
28
   _____
   STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; CASE MANAGEMENT CONFERENCE, ETC.
            Davi v. City of Seaside, et al. - Case No.: C08 04095 RMW

1  Motion to Dismiss to be heard first and, depending upon the Court's ruling upon said motion, the

2  Case Management Conference would follow the hearing, or be removed from calendar.

3  DATED: November 21, 2008              LAW OFFICES OF ROBERT D. PONCE

4

5                                  BY:    /s/ Robert D. Ponce
                                          Robert D. Ponce
6                                         Attorney for Plaintiff, ALISON DAVI, a Minor by
                                          and through her General Guardian, GIOLARMA
7                                         DAVI

8  DATED: November 23, 2008              HOWARD ROME MARTIN & RIDLEY LLP

9
                                    BY:   /s/ Joseph C. Howard, Jr.
10                                        Joseph C. Howard, Jr.
                                          Attorneys for Defendants, CITY OF SEASIDE and
11                                        KEVIN MILLER

12

13                                        **ORDER**

14      PURSUANT TO STIPULATION, IT IS ORDERED that the hearings on Defendants'

15  Motion to Dismiss and the Case Management Conference be continued to January 30, 2009 at

16  9:00 A.M. and 10:30 A.M., respectively.

17   Dated: 12/4/08                       /s/ Ronald M. Whyte
                                          Hon. Ronald M. Whyte
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

---
STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; CASE MANAGEMENT CONFERENCE, ETC.
Davi v. City of Seaside, et al. - Case No.: C08 04095 RMW

- 2 -