1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone: (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiff
   ALISON DAVI, a Minor, by and through her
6  General Guardian, GIOLARMA DAVI

*E-FILED - 1/21/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALISON DAVI, a Minor, by and through her General Guardian, GIOLARMA DAVI, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEASIDE, CALIFORNIA, KEVIN MILLER and DOES 1 through 25, inclusive, <br><br> Defendants. | CIVIL ACTION <br> CASE NO.: CV 08-04095 RMW <br><br><br> **STIPULATION TO DISMISS ACTION AND ORDER** <br><br><br> **Judge: Hon. Ronald M. Whyte** |

**WHEREAS,** plaintiff ALISON DAVI, a Minor by and through her General Guardian, GIOLARMA DAVI filed this action against defendant CITY OF SEASIDE, CALIFORNIA and KEVIN MILLER alleging claims of deliberate indifference in violation of 42 U.S.C. §1983;

**WHEREAS,** defendants CITY OF SEASIDE, CALIFORNIA and KEVIN MILLER filed a Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, order in the Alternative, Motion for a More Definite States pursuant to FRCP 12(b)(6), 12(e), currently set for hearing on January 30, 2009 at 9:00 A.M. before this Court;

**WHEREAS,** the parties have entered into an agreement requiring the filing of this Stipulation and [Proposed] Order re Dismissal of entire action;

**NOW THEREFORE**, pursuant to Local Rule 7-12, plaintiff ALISON DAVI, and defendants, CITY OF SEASIDE, CALIFORNIA and KEVIN MILLER, through their respective counsel of record and without admitting to any liability under the claims in this case, hereby stipulate as follows:

1. All claims against CITY OF SEASIDE, CALIFORNIA and KEVIN MILLER are dismissed with prejudice and

2. All parties shall bear their own costs, expenses and attorney's fees.

DATED: January 12, 2008          LAW OFFICES OF ROBERT D. PONCE

                                 BY:  /S/_____
                                      Robert D. Ponce
                                      Attorney for Plaintiff, ALISON DAVI, a Minor by
                                      and through her General Guardian, GIOLARMA
                                      DAVI

DATED: January 12, 2009          HOWARD ROME MARTIN & RIDLEY LLP

                                 BY:  /S/_____
                                      Joseph C. Howard, Jr.
                                      Attorneys for Defendants, CITY OF SEASIDE and
                                      KEVIN MILLER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___1/21/09_____           _Ronald M. Whyte_____
                                 Hon. Ronald M. Whyte
                                 UNITED STATES DISTRICT JUDGE